1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            CASE NO. 1:23-CR-00145-ADA-BAM

11                Plaintiff,

12        v.                            MOTION AND ORDER TO UNSEAL REDACTED
                                        INDICTMENT
13 JORGE GONZALEZ,

14                Defendant.

15

16     The Indictment in this case, having been sealed by Order of the Court on July 20, 2023, and it

17 appears that a redacted version no longer need remain secret,

18 //

19

20 //

21

22 //

23

24 //

25

26 //

27

28 //

MOTION AND PROPOSED ORDER TO UNSEAL                    1

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the redacted version of the Indictment in this case, which is attached hereto, and the docket as to defendant Jorge Gonzalez, be unsealed and made public record, and that the unredacted Indictment an otherwise not mentioned defendants remain under seal.

Dated:  August 21, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JORGE GONZALEZ,<br><br>　　　　　　　　Defendant. | CASE NO.  1:23-CR-00145-ADA-BAM<br><br>ORDER TO UNSEAL REDACTED INDICTMENT |

　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted version of the Indictment filed on July 20, 2023, and docket as to defendant Jorge Gonzalez, be unsealed and become public record, and that the unredacted Indictment remain under seal.

IT IS SO ORDERED.

　Dated:　**August 21, 2023**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE