DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street, Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JORGE GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE GONZALEZ,<br><br>Defendant. | Case No. 1:23-cr-00145-NODJ-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for August 26, 2024, may be continued to October 24, 2024, at 9:00 a.m. for sentencing and that the presentencing schedule may be reset accordingly.

IT IS SO SIPULATED:

                                              PHILLIP A. TALBERT
                                              United States Attorney

DATED: 8/7/2024                            /s/ Stephanie Stokman
                                              STEPHANIE STOKMAN
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

DATED: 8/7/2024                           /s/ Douglas Foster
                                          DOUGLAS C. FOSTER
                                          Law Offices of Douglas C. Foster
                                          Attorney for Defendant
                                          JORGE GONZALEZ

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from August 26, 2024, to **October 24, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **August 8, 2024**                 /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE